BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT SCHAEFER,<br><br>　　　　Defendant. | Case No. 2:12-cr-00053-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The parties request that the status conference in this case be continued from August 2, 2012, to September 13, 2012. They stipulate that the time between August 2, 2012, and September 13, 2012, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4.

///

1

Specifically, the attorney for the defendant is reviewing the government's discovery regarding computer evidence in the case, is arranging for a computer expert to review the report and the evidence, and will require time to discuss both of the above with the defendant.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: July 31, 2012 /s/ Matthew G. Morris
MATTHEW G. MORRIS
Assistant U.S. Attorney

DATE: August 2, 2012 /s/ Douglas Beevers (authorized 7/31/12)
DOUGLAS BEEVERS
Attorney for Defendant

**SO ORDERED.**

Dated: August 2, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE