BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-0053-MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| ROBERT SCHAEFER, | |
| Defendant. | |

The parties request that the status conference in this case be continued from September 13, 2012, to September 20, 2012. They stipulate that the time between September 13, 2012, and September 20, 2012, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4. Specifically, the

1

government has proposed terms for a negotiated plea and defense counsel requires time to review those terms with the defendant. The defendant has been ill and it has been difficult for defense counsel to confer with him about the case.

The parties anticipate that their appearance on September 20, 2012, will either be for the purpose of a change of plea or to set a trial date.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: September 12, 2012 /s/ Matthew G. Morris
MATTHEW G. MORRIS
Assistant U.S. Attorney

DATE: September 17, 2012 /s/ Douglas Beevers (authorized 9/12/12)
DOUGLAS BEEVERS
Attorney for Defendant

**ORDER**

In accordance with the foregoing stipulation, IT IS SO ORDERED. The status conference in this matter is continued from September 30, 2012 to September 20, 2012 at 9:00 a.m.

Dated: September 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE