JOSEPH SCHLESINGER, #87692
Acting Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT SCHAEFER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-12-00053-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| ROBERT SCHAEFER, | Date: June 13, 2013 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England |

This case is currently scheduled for a status hearing on April 11, 2013 The parties have conferred and agree that additional time is needed for negotiation between the parties with the hope of resolving the case. Specifically, the parties have agreed that a pre-plea presentence report would aid the parties toward resolving the case and respectfully request that this Court order the Probation Office to produce a pre-plea presentence report in Mr. Schaefer's case. In addition, defense counsel desires the pre-plea presentence report to help apprise him of legal and/or factual issues on which he may need to perform additional legal research and factual investigation in order to help prepare defendant's defense.

1    Mr. Schaefer is currently out of custody and is willing to waive
2    time pursuant to the Speedy Trial Act in order for defense counsel to
3    obtain the pre-plead presentence report and pursue negotiations with the
4    government.

5    The parties, through their respective counsel, hereby stipulate and
6    agree that the status conference scheduled in this case for April 11,
7    2013, be continued until June 13, 2013. In addition, the parties
8    stipulate that the time period from the date of this stipulation, April
9    10, 2013, and including, June 13, 2013, be excluded from computation of
10   time within which the trial of this matter must be commenced under the
11   Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code
12   T4, due to the need to provide defense counsel with the reasonable time
13   to prepare Mr. Schaefer's defense. Specifically, the parties further
14   agree that a pre-plea presentence investigation report from the probation
15   office will aid defense counsel in properly advising Mr. Schaefer of
16   the consequences of a conviction of the charge(s) and possibly help in
17   resolving the case.

Dated: April 10, 2013                    Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender

                                         /s/ Doug Beevers
                                         DOUG BEEVERS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         ROBERT SCHAEFER

Dated: April 10, 2013                    BENJAMIN B. WAGNER
                                         United States Attorney

                                    By:  /s/ Matthew Morris
                                         MATTHEW MORRIS
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

**ORDER**

For the reasons set forth in the stipulation of the parties, filed on April 10, 2013, IT IS HEREBY ORDERED that the status conference currently scheduled for April 11, 2013, shall be continued until June13, 2013, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 10, 2013, stipulation, the time from the date of the parties' stipulation to, and including, June 13, 2013 is excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare defendant's defense taking into account the exercise of due diligence.

In addition, the Court further ORDERS the United States Probation Office to prepare and disclose to the parties a pre-plea presentence investigation report.

**IT IS ORDERED.**

Date: April 11, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE