```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  DOUGLAS BEEVERS, Bar #288639
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ROBERT SCHAEFER
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-CR-00053 MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| ROBERT SCHAEFER, | ) |
| | ) Date: July 18, 2013 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Morrison C. England |
| _____ | ) |

IT IS HEREBY STIPULATED between the parties, MATTHEW MORRIS, Assistant United States Attorney, counsel for the plaintiff, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant ROBERT SCHAEFER, that the status conference set for June 13, 2013 be vacated, and the matter be set for status conference on July 18, 2013 at 9:00 a.m. The reason for the continuance is to allow defense counsel additional time to review and examine the forensic evidence. Specifically, defense counsel has retained a forensic expert and has submitted a proposed protective order to permit the expert's assistance in review of the contraband. The expert has reviewed part of the contraband evidence, but needs t examine additional hard drives to reach a final conclusion. In

addition, the parties have requested a pre-plea PSR which has not been completed. The parties stipulate and agree that the time period between the signing of this order through and including July 18, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. §3161(h)(7)(A)and(B)(iv)and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: June 14, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
ROBERT SCHAEFER

Dated: June 14, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew Morris*
Matthew Morris
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of

justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the signing of this order through and including July 18, 2013 pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.

A new status conference date is hereby set for July 18, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Date: June 19, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Schaefer Stip/Order            -3-