1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   DOUGLAS BEEVERS, #288639
    Assistant Federal Defender
3   Designated Counsel for Service
    801 "I" Street, 3rd Floor
4   Sacramento, CA 95814

5   Attorney for Defendant
    ROBERT SCHAEFER
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 2:12-CR-00053 MCE
                                       )
12                 Plaintiff,          )   STIPULATION AND ORDER
                                       )   TO CONTINUE STATUS CONFERENCE
13        v.                           )
                                       )   DATE:      October 24, 2013
14  ROBERT SCHAEFER                    )   TIME:      9:00am
                                       )   JUDGE:     Hon. Morrison C. England
15                 Defendant.          )
    _____ )
16

17        IT IS HEREBY STIPULATED between the parties, MATTHEW MORRIS, Assistant

18  United States Attorney, counsel for the plaintiff, and DOUGLAS BEEVERS, Assistant Federal

19  Defender, attorney for defendant ROBERT SCHAEFER, that the status conference set for

20  September 26, 2013 be vacated, and the matter be set for status conference on October 24, 2013

21  at 9:00 a.m. The reason for the continuance is to allow defense counsel additional time to review

22  the forensic evidence, obtain the medical history of the defendant, and to negotiate a resolution

23  to this matter. Specifically, defense counsel has retained a forensic expert. The expert has

24  reviewed part of the contraband evidence, but needs to examine additional hard drives to reach a

25  final conclusion. The parties stipulate and agree that the time period between the signing of this

26  order through and including October 24, 2013 should be excluded from the calculation of time

27  under the Speedy Trial Act. The parties stipulate and agree that the ends of justice served by

28

                                          -1-

granting this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. §3161(h)(7)(A)and(B)(iv) [reasonable time to prepare] (Local Code T-4).

Dated:  September 24, 2013                    Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              /s/Douglas Beevers
                                              DOUGLAS BEEVERS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              ROBERT SCHAEFER

Dated:  September 24, 2013                    BENJAMIN B. WAGNER
                                              United States Attorney


                                              /s/ Matthew Morris
                                              Matthew Morris
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

///
///
///
///
///
///
///
///
///
///
///
///
///
///

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the signing of this order through and including October 24, 2013 pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time to prepare] (Local Code T4). A new status conference date is hereby set for October 24, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 24, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT