1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    DOUGLAS BEEVERS, #288639
     Assistant Federal Defender
3    Designated Counsel for Service
     801 "I" Street, 3rd Floor
4    Sacramento, CA 95814

5    Attorney for Defendant
     ROBERT SCHAEFER
6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   NO. 2:12-CR-00053 MCE
                                        )
12                 Plaintiff,           )   STIPULATION AND ORDER
                                        )   TO CONTINUE STATUS CONFERENCE
13        v.                            )
                                        )   DATE:      November 21, 2013
14   ROBERT SCHAEFER                    )   TIME:      9:00am
                                        )   JUDGE:     Hon. Morrison C. England
15                 Defendant.           )
                                        )
16

17        IT IS HEREBY STIPULATED between the parties, MATTHEW MORRIS, Assistant

18   United States Attorney, counsel for the plaintiff, and DOUGLAS BEEVERS, Assistant Federal

19   Defender, attorney for defendant ROBERT SCHAEFER, that the status conference set for

20   October 24, 2013 be vacated, and the matter be set for status conference on November 21, 2013

21   at 9:00 a.m. The reason for the continuance is to allow defense counsel additional time to review

22   the forensic evidence, obtain the medical history of the defendant, and to negotiate a resolution

23   to this matter. Specifically, defense counsel has retained a forensic expert. The expert has

24   reviewed part of the contraband evidence, but needs to examine additional hard drives to reach a

25   final conclusion. The parties stipulate and agree that the time period between the signing of this

26   order through and including November 21, 2013 should be excluded from the calculation of time

27   under the Speedy Trial Act. The parties stipulate and agree that the ends of justice served by

28

                                            -1-

granting this continuance outweigh the best interests of the public and the defendant in a speedy

trial pursuant to 18 U.S.C. §3161(h)(7)(A)and(B)(iv) [reasonable time to prepare] (Local Code

T-4).

Dated: October 22, 2013                                  Respectfully submitted,

                                                         HEATHER E. WILLIAMS
                                                         Federal Defender

                                                         */s/Douglas Beevers*
                                                         DOUGLAS BEEVERS
                                                         Assistant Federal Defender
                                                         Attorney for Defendant
                                                         ROBERT SCHAEFER

Dated: October 22, 2013                                  BENJAMIN B. WAGNER
                                                         United States Attorney


                                                         */s/ Matthew Morris*
                                                         Matthew Morris
                                                         Assistant U.S. Attorney
                                                         Attorney for Plaintiff

## O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the signing of this order through and including November 21, 2013 pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time to prepare] (Local Code T4). A new status conference date is hereby set for November 21, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT